### Hartzell *v.* Hartzell, Appellant.

Argued December 10, 1970. *Frederick S. Wolfson*, with him *Egli, Walter, Reilly and Wolfson*, for appellant; *Allen H. Krause*, for appellee.

OPINION PER CURIAM: Order affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.

### McLean, Appellant, *v.* Great Atlantic and Pacific Tea Company.

Argued December 7, 1970. *D. Scott Kelley*, for appellant; *Benjamin E. Zucker*, for appellee.

Order affirmed.